UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00574-FDW-SCR

| MONIQUE M. FUNCHES, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| AMAZON.COM, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on September 12, 2023. [Doc. 1]. The Court denied Plaintiff's initial motion to proceed in forma pauperis (IFP) with prejudice to her paying the filing fee within 21 days of the Court's Order. [Doc. 2, 3]. The Court advised Plaintiff that this action would be dismissed without prejudice and without further notice to Plaintiff should she fail to comply with the Court's Order. [Doc. 3 at 2]. Plaintiff has not paid the filing fee and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: October 18, 2023

Frank D. Whitney
United States District Judge